UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES : Mag. No. 13-CR-417(FSH)

v. : Hon.

COURTNEY JOHNSON & : <u>SEALING ORDER</u>
CAROL JOHNSON

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Lorraine S. Gerson, Assistant United States Attorney, appearing), for an order sealing the arrest warrant, the Indictment, and all related documents, and for good cause shown,

IT IS on this 19th day of June 2013,

ORDERED that the arrest warrant, Indictment, and all related documents, except for copies of the warrant to be served at the arrest, be and hereby are sealed until further Order of this Court or the arrest of the defendant, whichever first occurs.

HON. CATHY L. WALDOR
United States Magistrate Judge