UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE ANNE E. THOMPSON
COURT RECORDER: J. CAMPBELL
                                       DATE OF PROCEEDINGS: 11/19/2015

TITLE OF CASE:
UNITED STATES OF AMERICA
       vs.
                                   CRIMINAL DOCKET #: 13-417(AET)-01
COURTNEY JOHNSON, DEFENDANT PRESENT.

APPEARANCES:
Jane Yoon, Assistant United States Attorney
Thomas Ashley, Esquire for Defendant
Maryellyn Muller, Supervising, U.S. Probation Officer

NATURE OF PROCEEDINGS:
SENTENCING HEARING HELD:
DEFENDANT FOUND GUILTY ON COUNTS 2ss,3ss,4ss,5ss,7ss,& 8ss OF THE SECOND SUPERSEDING INDICTMENT BY A JURY VERDICT ON 06-16-2015.
36 months on each of Counts 2ss,3ss,&4ss to run concurrent to each other; 12 months on each of Counts 5ss,7ss,&8ss, to run concurrent with each other, but consecutive to the terms imposed on Counts 2ss,3ss,&4ss; total term of 48 months.
Ordered defendant to voluntarily surrender to the institution designated by the Bureau of Prison at 9:00 a.m. on 1/5/2016.
SUPERVISED RELEASE: 1 year on each count, to be served concurrently, with special conditions.
PROBATION: N/A
FINE: $50,000.00 (interest waived).
RESTITUTION: $10,280.00
SPECIAL ASSESSMENT: $100 per count; total: $600 (due immediately).
Defendant advised of his right to appeal.
Hearing on Government's motion to dismiss pending counts including mistrial counts of 1ss & 6ss.
Ordered motion Granted.
Ordered defendant to report to PTS once a week until surrender to BOP.
Ordered bail continued.

TIME COMMENCED: 02:25 p.m.
TIME ADJOURNED: 04:00 p.m.
TOTAL TIME: 1 hour & 35 minutes

                                                  s/Dana Sledge-Courtney
                                                    Courtroom Deputy