UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

------------------------X

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  No. 13-CR-00417 (AET)

COURTNEY JOHNSON,

    Defendant.

------------------------X

## NOTICE OF APPEAL

    Notice is hereby given that COURTNEY JOHNSON, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment filed and entered in this action on DECEMBER 01, 2015, and from each and every part thereof.

                        *THOMAS R. ASHLEY*
             _/s/_____
             THOMAS R. ASHLEY, ESQ.

             ATTORNEYS FOR DEFENDANT COURTNEY JOHNSON

             LAW OFFICES OF THOMAS R. ASHLEY, ESQ.
             50 PARK PLACE (Suite 1400)
             Newark, N.J. 07102
             T:(973)623-0501/F:(973)623-0329

Dated:    DECEMBER 10, 2015