UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Anne E. Thompson, U.S.D.J. |
| v. | : | Crim. No. 13-417 |
| COURTNEY JOHNSON | : | ORDER |

Application having been made before me on behalf of the United States by Craig Carpenito, United States Attorney for the District of New Jersey (Nicholas P. Grippo, Assistant United States Attorney, appearing) for an Order pursuant to Federal Rule of Criminal Procedure 36 correcting a clerical error in the Amended Judgment entered on April 27, 2018 (Dkt. No. 195) following the April 13, 2018 re-sentencing hearing in this case, and the Amended Judgment having failed to provide for the payment of $10,280 in restitution to IRS-RACS as a special condition of supervised release even though the Court ordered that special condition at the re-sentencing hearing, and the Court having considered the application of the United States dated September 10, 2019 (Dkt. No. 202), and the parties having agreed on the record at the re-sentencing hearing that restitution in the amount of $10,280 should be included as a special condition of supervised release, and for good cause shown,

   IT IS HEREBY ORDERED:

   1.   The Amended Judgment this Court entered on April 27, 2018 (Dkt. No. 195) hereby is amended to add as a special condition of supervised release

that the defendant shall pay restitution in the amount of $10,280, as set forth herein. Payments should be made payable to the U.S. Treasury and mailed to Clerk, U.S.D.C, 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for distribution to IRS-RACS, Attention: Mail Stop 6261, Restitution, 333 W. Pershing Avenue, Kansas City, MO 64108. And it is further

2. ORDERED that the defendant's restitution obligation shall not be affected by any restitution payments made by other defendants in this case, except that no further payments shall be required after the sum of the amounts actually paid by all defendants has fully satisfied this loss. And it is further

3. ORDERED that the defendant shall satisfy the restitution obligation in monthly installments of no less than $500.00, to commence within 30 days of the date of this order. And it is further

4. ORDERED that all other special and standard conditions of supervised release set forth in the Court's April 27, 2018 Amended Judgment remain in place.

Dated: 10/10/2019

HONORABLE ANNE E. THOMPSON
UNITED STATES DISTRICT JUDGE

2